# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES, | ) NO. CV 08-4798-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| NORWALK POLICE STATION, et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: July 25, 2008.

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE